## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEPHALON, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NANG KUANG PHARMACEUTICAL CO., LTD. and CANDA NK-1, LLC,<br><br>    Defendants.<br><br>NANG KUANG PHARMACEUTICAL CO., LTD. and CANDA NK-1, LLC,<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>CEPHALON, INC.,<br><br>    Counter-Defendant. | Civil Action No. 1:14-cv-5180 SJ-RER |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of October, 2014, **DEFENDANTS NANG KUANG PHARMACEUTICAL AND CANDA NK-1'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO PLAINTIFF CEPHALON, INC** was served upon the below-named counsel of record via email or electronic mail:

Calvin E. Wingfield, Jr.  
Goodwin Procter LLP  
The New York Times Building  
620 Eight Avenue  
New York, NY 10018-1405  
cwingfield@goodwinprocter.com

David M. Hashmall  
Goodwin Procter LLP  
The New York Times Building  
620 Eight Avenue  
New York, NY 10018-1405  
dhashmall@goodwinprocter.com

| | |
|---|---|
| Daryl L. Wiesen<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>dwiesen@goodwinprocter.com | Emily L. Rapalino<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>erapalino@goodwinprocter.com |
| Nicholas K. Mitrokostas<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>nmitrokostas@goodwinprocter.com | ML-Treanda<br>ml-treanda@goodwinproctoer.com |

Dated: October 20, 2014         */s/ Michael A. Siem*
                                Michael A. Siem (NY Bar No. 3910668)
                                Aya Cieslak-Tochigi (NY Bar No. 5214937)
                                FARNEY DANIELS PC
                                159 20th Street, Suite 2B-41
                                Brooklyn, New York 11232
                                Telephone:  (512) 582-2828
                                Email:  msiem@farneydaniels.com

                                *Attorneys for Defendants Nang Kuang*
                                *Pharmaceutical Co., Ltd. and Canda NK-1, LLC*

2